# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL J. JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV411-106 |
| LARRY CHISOLM, ANNE ELMO, TODD MARTIN, ROBERT ATTRIDGE, JUDGE DILLON, CALEB BANKS, JUDGE KARP, DETECTIVE PUHALA, FRANK PENNINGTON, and JUDGE BASS, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated May 3, 2011, the Court granted plaintiff's motion to proceed *in forma pauperis* and directed him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not complied with the conditions of the Court's order, so his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 7TH day of July, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA