# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

U.S. DISTRICT COURT
S. [illegible]

2011 JUL 25  AM 9: 44

CLERK ___ *Kw*
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL J. JACKSON,            )<br>                               )<br>    Plaintiff,                 )<br>                               )<br>v.                             )<br>                               )<br>LARRY CHISOLM, ANNE ELMO,      )<br>TODD MARTIN, ROBERT            )<br>ATTRIDGE, JUDGE DILLON,        )<br>CALEB BANKS, JUDGE KARP,       )<br>DETECTIVE PUHALA, FRANK        )<br>PENNINGTON, and JUDGE BASS,    )<br>                               )<br>    Defendants.                ) | Case No.  CV411-106 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25 day of July, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA